U.S. DISTRICT COURT

AUG - 9 2006

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PACIFIC WEST BUILDERS, LLC, a Nevada Limited Liability Company; FALLEN LEAF ATTACHED HOMES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiffs,<br>v.<br><br>CHARTER COMMUNICATIONS, LP, a Nevada Limited Partnership; CITY OF RENO, a Municipal Corporation,<br><br>Defendants.<br>_____/<br>AND RELATED CLAIMS<br>_____/ | CASE NO.: **3:05-cv-0444-ECR-RAM**<br>**(Base File)**<br><br>3:05-cv-0453-ECR-RAM<br>(Member) |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

PACIFIC WEST BUILDERS, LLC ("PAC WEST"), FALLEN LEAF ATTACHED HOMES, LLC ("FALLEN LEAF"), CHARTER COMMUNICATIONS, LP ("CHARTER") and CITY OF RENO ("RENO"), by and through their respective attorneys of record,

///
///
///
///
///
///
///

1  hereby stipulate that the above-entitled consolidated cases shall be dismissed, with
2  prejudice, each party to bear its own attorney's fees and costs.

3  Date: July 31, 2006                           Date: 8/1/06

4  MARK H. GUNDERSON LTD                         COBLENTZ, PATCH, DUFFY & BASS, LLP
                                                 McDONALD CARANO WILSON LLP

6  MARK GUNDERSON
   ELAINE GUENAGA                                LEIGH GODDARD
7  Attorney for Plaintiffs PACIFIC WEST          MICHAEL S. KIMMEL
   BUILDERS, LLC and FALLEN LEAF                 Attorneys for Defendant CHARTER
8  ATTACHED HOMES, LLC                           COMMUNICATIONS, LP

9  Date: _____

10 PATRICIA LYNCH
   Reno City Attorney

12 _____
13 MATTHEW JENSEN
   Deputy City Attorney
   Attorneys for Defendant CITY OF RENO

15                                  * * * *

16                                  ORDER

17                                  IT IS SO ORDERED.

19                                  _____
                                    DISTRICT JUDGE

21                                  DATE  August 9, 2006

2

1 | hereby stipulate that the above-entitled consolidated cases shall be dismissed, with
2 | prejudice, each party to bear its own attorney's fees and costs.

3 | Date: _____   Date: _____

4 | MARK H. GUNDERSON LTD   COBLENTZ, PATCH, DUFFY & BASS, LLP
  | McDONALD CARANO WILSON LLP

6 | _____   _____
  | MARK GUNDERSON
  | ELAINE GUENAGA   LEIGH GODDARD
7 | Attorney for Plaintiffs PACIFIC WEST   MICHAEL S. KIMMEL
  | BUILDERS, LLC and FALLEN LEAF   Attorneys for Defendant CHARTER
8 | ATTACHED HOMES, LLC   COMMUNICATIONS, LP

9 | Date: 8-1-06

10 | PATRICIA LYNCH
   | Reno City Attorney

12 | _____
   | MATTHEW JENSEN
13 | Deputy City Attorney
   | Attorneys for Defendant CITY OF RENO

* * * *

ORDER

IT IS SO ORDERED.


_____
DISTRICT JUDGE

DATE _____

2